UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSALINDA TULL,<br><br>    Plaintiff,<br><br>    v.<br><br>NYCHA-PENN-WORTMAN HOUSES MANAGEMENT OFFICE, et. al.<br><br>    Defendants. | Civil Action No. 1:16-cv-01010-BMC-LB<br><br>**STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED among plaintiff Rosalinda Tull ("Plaintiff"), by her *pro bono* counsel, Lowenstein Sandler LLP, and defendant New York City Housing Authority ("Defendant"), by its attorneys, Kelly MacNeal, Acting General Counsel, Judith J. Jenkins, Of Counsel, that the above-captioned action is hereby dismissed in its entirety with prejudice, except with respect to the terms and conditions of the Settlement Agreement dated as of September 14, 2018, which has been entered into by the Parties hereto. The above-entitled action is discontinued without costs or attorneys' fees against either party.

Dated: New York, New York
    September 14, 2018

By: _____
Nancy M. Harnett, Esq.
Assistant General Counsel
NEW YORK CITY HOUSING AUTHORITY
250 Broadway, 9th Floor
New York, New York 10007
*Attorney for Defendant NYCHA*

Dated: New York, New York
    September 14, 2018

By: _____
Jennifer Fiorica Delgado, Esq.
Rachel K. Warren, Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
*Attorneys for Plaintiff Rosalinda Tull*

SO ORDERED:

_____
Hon. Lois Bloom, U.S.M.J.

Dated: _____